[No. 33563-8-II. Division Two. March 20, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD J. RADFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 03-1-00153-8, James B. Sawyer II, J., entered June 27, 2005. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Bridgewater, J.

[No. 33823-8-II. Division Two. March 20, 2007.]

EUGENE GREER ET AL., *Respondents*, v. WASHOUGAL MOTOCROSS, LLC, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Clark County, No. 04-2-01084-9, Roger A. Bennett, J., entered August 15, 2005. *Reversed* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall and Penoyar, JJ.

[No. 33999-4-II. Division Two. March 20, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JOE ALBERT FULLER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-1-00837-7, Diane M. Woolard, J., entered October 27, 2005. *Affirmed in part* and *remanded* by unpublished opinion per Houghton, C.J., concurred in by Van Deren and Penoyar, JJ.

[No. 34063-1-II. Division Two. March 20, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. THEODORE ROOSEVELT RHONE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-02581-1, Linda CJ Lee, J., entered November 18, 2005. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall and Penoyar, JJ.